## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| ALEXANDRIA ORDUNA, | ) |
| | ) |
| as mother and next friend of | ) |
| E.O., a minor, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    Case No. 1:20-cv-00228-LEW |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

## <u>MOTION FOR AN ORDER OF DISMISSAL</u>

Plaintiff Alexandria Orduna, as mother and next friend of E.O., a minor, by and through the undersigned Counsel, respectfully requests this Court to enter an order of dismissal.  In support thereof, Plaintiff states as follows:

1.      On July 26, 2022, the parties executed a Stipulation for Compromise Settlement and Release of Federal Tort Claims Act Claims.

2.      The Court approved the terms of the parties' intended settlement by Order dated June 8, 2022 (ECF 58).

3.      Pursuant to the Stipulation, it is necessary to obtain an Order from this Court before finalizing the purchase of the annuity described in the Stipulation, which will benefit the E.O. Special Needs Trust.  Plaintiff understands that the annuity will not be funded in the absence of such an Order.

Accordingly, Plaintiff, with consent of Defendant, seeks an order dismissing this action in its entirety with prejudice, with each party bearing its own costs, expenses, and fees, and the

court expressly not retaining jurisdiction over the above-captioned action, this settlement, or the

United States.

Respectfully submitted,

*/s/ Alexis Garmey Chardon*

Alexis Garmey Chardon, Esq. Bar #5932
Terry D. Garmey, Esq. Bar #1656
GARMEY LAW
482 Congress Street, Suite 402
Portland, ME  04101
tgarmey@garmeylaw.com
achardon@garmeylaw.com
207-899-4644

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2022, I electronically filed the foregoing using the CM/ECF system, which will send an electronic notification of such filing to all counsel of record.

*/s/ Alexis Garmey Chardon*

Alexis Garmey Chardon, Esq. Bar #5932